**Order entered March 21, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00010-CV

### JOHN P. HAGAN, Appellant

### V.

### JAMES E. PENNINGTON, Appellee

**On Appeal from the County Court at Law No. 5**
**Collin County, Texas**
**Trial Court Cause No. 005-00175-2017**

## ORDER

On our own motion, we **ORDER** the clerk to prepare a supplemental clerk's record in the above-referenced case, trial court cause number 005-00175-2017 (County Court at Law No. 5 of Collin County, Texas), containing the following documents filed on July 10, 2017:

(1) Plaintiff's Objections to and Motion to Strike the Untimely Declaration of Tom Clark Attached to Defendant's Sur-reply to Plaintiff's First Motion for Summary Judgment

(2) Plaintiff's Evidentiary Objections to Defendant's Sur-reply

The clerk shall file the supplemental clerk's record within fourteen (14) days from the date of this Order. We **DIRECT** the clerk of this Court to send copies of this order, by

electronic transmission, to Stacey Kemp, Collin County District Clerk, and counsel for all parties.

/s/    DAVID L. BRIDGES
PRESIDING JUSTICE